Filed Sept. 17, 1885.

---

No. 11,762.

### SHAFER *v.* FERGUSON.

SUPREME COURT.—*Practice.—Record.—Objections to Testimony.*—The record must set forth the objections to testimony that were stated to the trial court, and only these objections can be urged in the Supreme Court.

SAME.—*Objections Must be Specifically Stated.*—Objections must be specifically stated, to be available.

From the Carroll Circuit Court.

*A. W. Reynolds, J. H. Wallace* and *E. B. Sellers,* for appellant.

*R. Gregory,* for appellee.

ELLIOTT, J.—The only question argued by the appellant is that arising upon the ruling of the trial court in admitting the testimony of Alexander Conklin.

It is settled that the record must set forth the objections to the testimony that were stated to the trial court, and that no objections can be urged here except those stated to the court upon the trial. It is also settled that objections must be specifically stated, or they will be of no avail. *Bottenberg* v. *Nixon,* 97 Ind. 106; *Jones* v. *Angell,* 95 Ind. 376; *Lake Erie, etc., R. W. Co.* v. *Parker,* 94 Ind. 91 ; *Harvey* v. *Huston,* 94 Ind. 527 ; *McClellan* v. *Bond,* 92 Ind. 424; *Stanley* v. *Sutherland,* 54 Ind. 339.   The objections stated to the trial court in this cause are not sufficiently specific.

Judgment affirmed.

Filed Sept. 23, 1885.